FILED
August 1, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX WHITE,<br><br>        Defendant. | Case No.  2:21-CR-00104-11-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEX WHITE ,

Case No.  2:21-CR-00104-11-TLN , Charge 21 U.S.C. § 841(a)(1) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other):  Sentenced to TIME SERVED and to be released forthwith.

Issued at Sacramento, California, on August 1, 2024.

By: _/s/ Troy L. Nunley_

District Judge Troy L. Nunley